**Order entered November 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01495-CV

**PANHANDLE STEEL ERECTORS, INC., Appellant**

**V.**

**LUIS CANTU, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14032**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 12, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     MOLLY FRANCIS
         JUSTICE